UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and as
Personal Representative of the Estate of
Terri Rene Bennett, Deceased; and as
next friend of Tyler Austin Bennett; and
Emily Elizabeth Bennett, minors

   Plaintiff,

v.             Case No:  2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

   Defendant.

                /

## ORDER[1]

   This matter comes before the Court on review of the docket. Plaintiff Brett Bennett filed a Complaint against Defendant Forest Laboratories on February 2, 2006. (Doc. #1). Plaintiff Bennett is the widower of Terri Rene Bennett.[2] (Doc. #1, ¶2). The Complaint seeks remedies for the alleged personal injuries to and wrongful death of Rene Bennett. (Doc. #1). Rene Bennett's death was allegedly pursuant to her use of two forms of the generic compound citalopram, Celexa and Lexapro, produced by Defendant Forest Laboratories. (Doc. #1).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.
[2] The Complaint refers to Terri Rene Bennett as Rene Bennett mostly throughout, hence, this Court will do the same.

On April 21, 2006, this matter was transferred to the Judicial Panel on Multidistrict Litigation to join other similarly situated cases. (Doc. #16). Accordingly, the United States District Court for the Eastern District of Missouri reviewed the transferred matters to coordinate or consolidate pretrial proceedings pursuant to 28 U.S.C. § 1407. (Doc. #16-2). Upon completion of the coordinated or consolidated pretrial proceedings, this matter was remanded to this Court on September 5, 2013. (Doc. #17). The Conditional Remand Order required the Parties pursuant to Rule 10.4(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation to furnish the Clerk for the Eastern District of Missouri with a stipulation or designation of the contents of the record to be remanded. (Doc. #17). In addition, on September 5, 2013, this matter was reassigned to the undersigned. (Doc. #18).

Upon review of the record and the need to effectuate judicial efficiency, the Parties shall: (1) provide a synopsis of the underlying Multidistrict Litigation proceeding; (2) provide a status on whether the Parties have provided a stipulation or designation of the contents of the record to be remanded to the Clerk for the Eastern District of Missouri; and (3) meet and confer to provide a joint proposed scheduling order, including trial date, of this matter. The Parties shall provide this information no later than **January 30, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record