UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and
as Personal Representative of the
Estate of Terri Rene Bennett,
Deceased; and as next friend of T.A.B.;
and E.E.B., minors

        Plaintiff,

v.   Case No:  2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

        Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on *sua sponte* review of the docket. It has come to the Court's attention that the parties have used minors' names in the caption of this case. Pursuant to the Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, a name of a person known to be a minor shall be redacted so that only the minor's initials are reflected on the docket. See D.L. ex rel. Phan L. v. Bateman, No. 3:12-cv-208-J-32JBT 2012 WL 1565419, *2 (M.D. Fla. May 2, 2012); Evans-Ponio ex rel. T.J. v. Astrue, No. 8:08-cv-1363-T-24HTS, 2009 WL 2242627, *1 n. 1 (M.D. Fla. July 27, 2009). In light of this rule, the Court will require the parties to provide the Court with the documents filed on the dockets, again. The new

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

documents, however, will have one slight change in that they will contain the minors' initials rather than full names. The new documents will replace the previously filed documents so that this case will remain open to the public. The Court will make appropriate replacements of its orders also.

Accordingly, it is now

**ORDERED:**

1. The Clerk is directed to alter the docket so that the minors' names are not reflected in the caption or title.

2. The Clerk is directed to seal Judge Virginia M. Hernandez Covington's Interested Persons Order so that only the Court and the parties can see the order. (Doc. #14).

3. The parties are directed to use the minors' initials rather than full names in all future documents filed on the docket.

4. The parties are directed to provide all previously filed documents using the minors' full names to the Clerk no later than **Friday, January 16, 2015**. All such documents must be exactly the same except the minors' full names must be substituted with their respective initials. The documents that must be replaced include but are not be limited to: Doc. #1, Doc. #4, Doc. #5, Doc. #6, Doc. #22, Doc. #23, Doc. #23-1, Doc. #24, Doc. #24-1, Doc. #25, Doc. #26, Doc. #33, Doc. #36, Doc. #67, Doc. #69, Doc. #70, Doc. #71, Doc. #73, Doc. #74, Doc. #75, Doc. #76, Doc. #77, Doc. #78, Doc. #79. The parties are directed to connect with Dianne Nipper, the designated Docket Clerk for this case, for

submission specifications. Ms. Nipper may be reached at (239) 461-2039. The parties are responsible for ensuring all documents are appropriately replaced.

5. The parties are directed not to file proposed orders on the docket, unless specifically ordered by the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of January, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record