UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and as Personal Representative of the Estate of Terri Rene Bennett, Deceased; and as next friend of TAB, and EEB, minors

        Plaintiff,

v.                                      Case No:   2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

        Defendant.
_____/

### ORDER[1]

On February 11, 2015, the Court directed Plaintiff Brett A. Bennett to provide in writing the citizenship of all parties in this action no later than February 25, 2015. (Doc. #93). In response, Bennett filed a Notice of Citizenship of Parties on February 17, 2015. (Doc. #97). Upon review, the Court finds Bennett's notice is insufficient. Bennett asserts Defendant Forest Laboratories, LLC is a citizen of New Jersey because New Jersey is its principal place of business and headquarters. This is problematic. As the Court stated in its February 11, 2015, order,

> for the purposes of federal diversity jurisdiction, the citizenship of a corporation and a LLC are determined differently. A corporation is a citizen of any state by which it has been incorporated. Fritz v. American Home Shield Corp., 751 F.2d 1152, 1154 (11th Cir. 1985). Whereas, a LLC is a citizen of every state in which one of its members is located. Moreno v. Breitburn Florida, LLC, No. 2:09-cv-566-FtM-29DNF, 2011 WL 2293124 at

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

>  *1 (M.D. Fla. June 9, 2011) (citing Rolling Greens MHP, L.P. v. Comcast SCH Holdings, LLC., 374 F.3d 1020 (11th Cir. 2004)). Moreover, the citizenship of an individual in determined by their domicile. See Jones v. Law Firm of Hill and Ponton, 141 F. Supp. 2d 1349, 1355 (M.D. Fla. 2001). Thus, in this case for diversity jurisdiction to exist each member of the LLC must be diverse from the plaintiff. Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005) ("Since Strawbridge v. Curtiss, 3 Cranch 267, 2 L.Ed. 435, this Court has read the statutory formulation 'between . . . citizens of different States,' 28 U.S.C. § 1332(a)(1), to require complete diversity between all plaintiffs and all defendants.").

(Doc. #93, at 2). Since Bennett has not explained who the members are of Forest Laboratories nor provided where the members are citizens, it remains unclear whether the Court properly has subject matter jurisdiction to facilitate this case. Since the Court is required to ensure that it has subject matter jurisdiction, the Court will again require Bennett to provide the citizenship of all parties.

Accordingly, it is now

**ORDERED:**

Plaintiff Brett A. Bennett is directed to establish whether the Court has subject matter jurisdiction to facilitate this case on or before **March 5, 2015**. Failure to comply with this order may result in this matter being dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record