UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and
as Personal Representative of the
Estate of Terri Rene Bennett,
Deceased; and as next friend of TAB,
and EEB, minors

       Plaintiff,

v.                                     Case No:  2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Unopposed Motion to Reset Final Pretrial Conference (Doc. #109) filed on March 13, 2015. Currently the Final Pretrial Conference is scheduled for Friday, April 3, 2015. Due to this date being Good Friday, Plaintiff's counsel seeks to alter the Final Pretrial Conference so that he can attend traditional family plans. Upon consideration, the Court will grant the request.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Plaintiff's Unopposed Motion to Reset Final Pretrial Conference (Doc. #109) is **GRANTED**. The Final Pretrial Conference is now set for **Thursday, April 16, 2015, at 9:30 am**. The Clerk is directed to appropriately change the docket schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record