UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and
as Personal Representative of the
Estate of Terri Rene Bennett,
Deceased; and as next friend of TAB,
and EEB, minors

        Plaintiff,

v.                                                Case No:   2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

        Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on Plaintiff's Response to Court Order regarding Citizenship of Parties for Jurisdictional Purposes (Doc. #108) filed on March 4, 2015. Plaintiff asserts for diversity purposes, citizenship is determined as of the date the lawsuit is commenced and subsequent events cannot divest a federal court of jurisdiction. Upon review of the cases cited by Plaintiff, the Court is satisfied that his assertion is true. Freeport-McMoRan, Inc. v. K N Energy, Inc., 498 U.S. 426, 428 (1991) ("We have consistently held that if jurisdiction exists at the time an action is commenced, such jurisdiction may not be divested by subsequent events.") (citing Mollan v. Torrance, 9 Wheat. 537, 6 L.Ed. 154 (1824); Clarke v. Mathewson, 12 Pet. 164, 171, 9 L.Ed. 1041

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1838); Wichita R.R. & Light Co. v. Public Util. Comm'n of Kansas, 260 U.S. 48, 54 (1922)). At the time this lawsuit was initiated, diversity jurisdiction existed. (See Doc. #1). Thus now, despite any changes in Defendant's structure, i.e. from a corporation to a limited liability company, the Court has jurisdiction to facilitate this case.

Accordingly, it is now

**ORDERED:**

No further action is needed with regard to the Court's Orders to Show Cause. (Doc. #93; Doc. #106).

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record