UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT A. BENNETT, individually and
as Personal Representative of the
Estate of Terri Rene Bennett,
Deceased; and as next friend of TAB,
and EEB, minors

        Plaintiff,

v.                                                    Case No: 2:06-cv-72-FtM-38DNF

FOREST LABORATORIES,

        Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant Forest Laboratories, LLC's Motion in Limine to Exclude All References to Plea Agreement in an Unrelated Case (Doc. #110) filed on April 13, 2015. Plaintiff Brett A. Bennett filed its response on March 27, 2015. (Doc. #139). This matter is ripe for review.

Forest Laboratories seeks to exclude any reference at trial to its plea agreement to a three count Information in an unrelated case, United States v. Forest Pharmaceuticals, Inc., Case No. 1:10CR10294 in the United States District Court for the District of Massachusetts. Since punitive damages are not an issue in this case, Bennett agrees not to raise or otherwise mention this plea agreement, unless, Forest Laboratories

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

first opens the door. In light of the agreement, the Court finds the motion is due to be granted to the extent Forest Laboratories does not first open the door.

Accordingly, it is now

**ORDERED:**

Defendant Forest Laboratories, LLC's Motion in Limine to Exclude All References to Plea Agreement in an Unrelated Case (Doc. #110) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of April, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record